**STATE of Missouri, Respondent,**

v.

**David L. DAWSON, Appellant.**

**No. WD 53652.**

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

Rebecca L. Kurz, Assistant Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

**Order**

PER CURIAM.

David L. Dawson appeals from the judgment of conviction by jury and sentence of eighteen years imprisonment for second-degree robbery, § 569.030, RSMo 1994.

Judgment affirmed. Rule 30.25(b).

**Jay WALTER, Appellant,**

v.

**DOERHOFF SURGICAL SERVICES, P.C., and Alan R. Doerhoff, M.D., Respondents.**

**No. WD 53614.**

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

Connie J. Clark, Osage Beach, for Appellant.

Duane E. Schreimann, Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and SPINDEN and ELLIS, JJ.

**Order**

PER CURIAM.

Jay Walter appeals from the trial court's denial of her motion for a new trial or, in the alternative, her motion to amend, correct or modify the judgment.

Judgment affirmed. Rule 84.16(b).